UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 SEP 12 PM 1:05

| | |
|---|---|
| GRAHAM & GRAHAM PROPERTIES TRUST | ) Case No. C-1-00 922 )  |
| Plaintiff, | ) ) Judge Dlott ) ) Magistrate Hogan |
| v. | ) |
| OXY USA, INC. | ) **SUPPLEMENT TO REPLY** ) **MEMORANDUM IN SUPPORT OF** ) **DEFENDANT OXY USA INC.'S** |
| Defendant.and Third-Party Plaintiff, | ) **MOTION TO EXCLUDE PLAINTIFF'S** ) **EXPERT OPINION EVIDENCE** ) |
| v. | ) ) |
| ASTRO MET, INC. | ) ) |
| Third-Party Defendant. | ) |

Defendant OXY USA Inc. filed its reply memorandum in support of its motion to exclude Plaintiff's expert opinion evidence on August 25, 2003. Defendant supplements the original reply memorandum by submitting the attached certified copies of Exhibits B and C.

Respectfully submitted,

Louis E. Tosi by Michael O'Callaghan
Louis E. Tosi [Trial Attorney] (0019756)
Michael J. O'Callaghan (0043874)
  Shumaker, Loop & Kendrick, LLP
  2210 Huntington Center
  41 South High Street
  Columbus, Ohio 43215
  Telephone:  614-463-9441
  Fax:  614-463-1108

Attorneys for OXY USA Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Supplement to Defendant OXY USA Inc.'s Reply Memorandum In Support Of Motion To Exclude Plaintiff's Expert Opinion Evidence has been served by regular U.S. Mail, this /12th/ day of September, 2003, on:

>David J. Schmitt, Esq.
>Cors & Bassett
>537 East Pete Rose Way
>Suite 400
>Cincinnati, OH 45202

Counsel for Plaintiff and Third-Party Defendant.

_____
An Attorney for Defendant OXY USA Inc.

# EXHIBIT B